IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ignacio Medina-Armenta, | No. CV 05-0818-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Department of Homeland Security, et al., | |
| Defendants. | |

On March 2, 2004, Plaintiff filed a Complaint for Injunction (Doc. #1). On March 22, 2005, the Court entered a preliminary injunction ordering Defendants to allow Melchor Figueroa-Popcoa to remain in the United States "until such time as his testimony is no longer necessary in the state prosecution" of Plaintiff. On February 13, 2007, Magistrate Judge Jacqueline Marshall issued a Report and Recommendation (R&R) (Doc. #15) stating that this Court should convert the preliminary injunction into a permanent injunction and enter final judgment accordingly. On February 27, 2007, Plaintiff filed his Response to the R&R, stating that he did not object to the R&R's adoption.. For the following reasons, the R&R will be adopted.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if*

*objection is made*, but not otherwise." United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); Schmidt v. Johnstone, 263 F. Supp. 2d 1219, 1126 (D. Ariz. 2003) ("Following Reyna-Tapia, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'"). District courts are not required to conduct "any review at all . . . of any issue that is not the subject of an objection." Thomas v. Arn, 474 U.S. 140, 149 (1985).

Accordingly,

**IT IS ORDERED THAT** the Magistrate Judge's R&R (Doc. #15) is **ADOPTED**. The prior preliminary injunction is converted into a permanent injunction. The Clerk of Court shall enter judgment accordingly.

DATED this 8th day of July, 2007.

_____
Roslyn O. Silver
United States District Judge